IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CABLE LINE, INC. and
MCLAUGHLIN COMMUNICATIONS
INC.

    Plaintiffs,

v.    3:16-CV-01000
    (JUDGE MARIANI)

COMCAST CABLE COMMUNICATIONS
OF PENNSYLVANIA, INC., et al.,

    Defendants.

## ORDER

AND NOW, THIS _18th_ DAY OF OCTOBER, 2017, upon consideration of Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (Docs. 48, 50, 52), **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (Docs. 48, 50, 52) are **GRANTED.**

2. Counts I and V of the Amended Complaint (Doc. 41) are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure against Defendants.

3. Counts II, III, and IV are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

4. Within **fourteen (14) days** of this order, plaintiffs may file a Second Amended Complaint.

5. Failure to file a Second Amended Complaint within **fourteen (14) days** shall be deemed an abandonment of this action and the Clerk of Court shall be directed to close the case.

Robert D. Mariani
United States District Judge