IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CABLE LINE, INC. and<br>MCLAUGHLIN COMMUNICATIONS INC.<br>            Plaintiffs,<br>v.<br><br>COMCAST CABLE COMMUNICATIONS OF PENNSYLVANIA, INC., et al.,<br>            Defendants. | 3:16-CV-01000<br>(JUDGE MARIANI) |

## ORDER

**AND NOW, THIS _14th_ DAY OF MAY, 2018**, upon consideration of Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (Docs. 77, 79, 81), **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (Docs. 77, 79, 81) are **GRANTED.**

2. Counts I and V of the Amended Complaint (Doc. 71) are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure against Defendants.

3. Counts II, III, and IV are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

/Robert D. Mariani
United States District Judge